IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CRYSTOL SELADOKI,**

    **Plaintiff,**

vs.

    Case No. C2-07-1272
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Terence P. Kemp

**BELLAIRE LOCAL SCHOOLS,**

    **Defendant.**

## ORDER

The Court presently has under advisement Defendant's Motion on the Administrative Record under the Individuals with Disabilities Education Improvement Act ("IDEIA"), 20 U.S.C. § 1400, *et seq.*, as well as Defendant's Motion for Judgment on the Pleadings on Plaintiffs' statutory claims under the Rehabilitation Act of 1973 ("Section 504"), 29 U.S.C. § 794, *et seq.*, the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*, and the Civil Rights Act, 42 U.S.C. § 1983 ("Section 1983"). Plaintiffs' statutory claims, however, are inextricably interrelated with their other statutory claims under the IDEIA, insofar as these claims turn on whether Plaintiff, Christian Seladoki, was provided a free and appropriate education. The Court thus will examine Plaintiffs' claims under the IDEIA first, since resolution of Defendant's Motion for Judgment on the Administrative Record may be determinative of Plaintiffs' statutory claims.

To facilitate this review, and in the interests of efficiency and judicial economy, the Court's April 24, 2008 Order Setting Trial Date is **VACATED**. The Court will issue its decision on Defendant's Motion for Judgment on the Pleadings within thirty (30) days.

IT IS SO ORDERED.

_____8-7-2009_____          _____
**DATED**                     **EDMUND A. SARGUS, JR.**
                              **UNITED STATES DISTRICT JUDGE**